## No. VI.

### PHILLIP WEPPLER v. ANN McMILLAN.

*Appeal from Robertson.*

OCHILTREE, JUSTICE.—We find on an examination of the transcript in this case that there was a finding by the jury impaneled to try this cause, but no judgment was entered thereon. This court has more than once decided that it can not take jurisdiction of a case in which there has not been a definitive judgment rendered in the court below. The appeal must therefore be dismissed at appellant's cost.

*Dismissed.*

T., 288; Howard v. Ray, 25 T., 88; Young v. Read, 25 T. Supp., 113; Adams v. George, 25 T. Supp., 374; Ranger v. Harwood, 39 T., 139; Robinson v. Davenport, 40 T., 333; Tarkington v. Brousard, 51 T., 550; Guerrin v. Patterson, 55 T., 124; Zapp v, Michaelis, 58 T., 270; Owens v. M. P. Ry. Co., 67 T., 679; Howard v. Kopperl, 74 T., 494; Mutual Life Insurance Co. v. Hayward, 88 T., 315, 327; Adkinson v. Garrett, 1 App. C., sec. 46; Wilson v. Green, 1 App. C., sec. 99; Mitchell v. Dallas City Gas Light Co., 1 App. C., sec. 133; Viviola v. Kuezek, 1 App. C., sec. 634; Faulkner v. Warren, 1 App. C., sec. 663; Wisson v. Baird, 1 App. C., sec. 712; G. C. & S. F. Ry. Co. v. Holt, 1 App. C., sec. 839; Booth v. Case, 1 App. C., sec. 1029; Texas Express Co. v. Dupree, 2 App. C., sec. 319; Duffard v. Herbert, 2 App. C., sec. 612; Paris Gas Light Co. v. McHamm, 2 App. C., sec. 652.

Note 33.—Ballard v. Rogers and Ward, p. 460.

Injunction will not lie to enjoin execution, unless all legal remedies have been exhausted. Clegg v. Darragh, 63 T., 357; Gillis v. Rosenheimer, 64 T.,